1014

[No. 21674-8-III. Division Three. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIE EDWARD JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 02-1-00214-9, Dennis D. Yule, J., entered November 27, 2002. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.

[No. 21940-2-III. Division Three. February 10, 2004.]

BP LAND & CATTLE L.L.C., ET AL., *Appellants*, v. BALCOM & MOE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 01-2-50267-3, Dennis D. Yule, J., entered March 10, 2003. *Reversed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J. Now published at 121 Wn. App. 251.

[No. 29293-9-II. Division Two. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL BULLERI-TILFORD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05604-4, Brian M. Tollefson, J., entered August 28, 2002. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 29385-4-II. Division Two. February 10, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JEAN PAUL SEWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-1-00931-1, Kathryn J. Nelson, J., entered September 25, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Hunt, C.J., and Morgan, J.